**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**



Eastern District of Kentucky
**FILED**

JUN 25 2026

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

**V.**                                    INDICTMENT NO. 6:26-CR-87-REW-HAI

**ALICIA N. ISOM**

\*   \*   \*   \*   \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 21 U.S.C. § 841(a)(1)

On or about April 14, 2026, in Laurel County, in the Eastern District of Kentucky,

**ALICIA N. ISOM**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

### COUNT 2
### 21 U.S.C. § 841(a)(1)

On or about April 16, 2026, in Laurel County, in the Eastern District of Kentucky,

**ALICIA N. ISOM**

did knowingly and intentionally distribute controlled substances, including a mixture or substance containing a detectable amount of methamphetamine and a mixture or substance containing a detectable amount of fentanyl, both Schedule II controlled substances, in

violation of 21 U.S.C. § 841(a)(1).

**COUNT 3**
**21 U.S.C. § 841(a)(1)**

On or about May 20, 2026, in Laurel County, in the Eastern District of Kentucky,

**ALICIA N. ISOM**

did knowingly and intentionally distribute a mixture or substance containing a detectable

amount of fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. §

841(a)(1).

**A TRUE BILL**

**FOREPERSON**

JASON D. PARMAN
FIRST ASSISTANT UNITED STATES ATTORNEY

W. SAMUEL DOTSON
ASSISTANT UNITED STATES ATTORNEY

## PENALTIES

### COUNTS 1-3:

Not more than 20 years imprisonment, not more than a $1,000,000 fine, and at least 3 years of supervised release.

**PLUS:**      Mandatory special assessment of $100 per count.

**PLUS:**      Restitution, if applicable.